14010.  HOLSTON BOX & LUMBER COMPANY *v.* KING.

JENKINS, P. J.  1. The verdict rendered for the plaintiff on account of lumber furnished under a contract of purchase and sale is authorized by the evidence.

2. It appearing from the record that counsel for each of the litigants had admitted in open court that the sole issue in dispute was the amount of lumber delivered by the plaintiff to the defendant, the court did not err in instructing the jury accordingly.

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED APRIL 18, 1923.

Attachment; from Murray superior court — Judge Tarver. September 25, 1922.

*R. Noel Steed, W. E. & W. G. Mann,* for plaintiff in error.

*H. H. Anderson, C. N. King, Jesse M. Sellers,* contra.